| | |
|---|---|
| 1 | KasterWRIGHT, FINLAY & ZAK, LLP |
| | R. Samuel Ehlers, Esq. |
| 2 | Nevada Bar No. 9313 |
| | Ramir M. Hernandez, Esq. |
| 3 | Nevada Bar No. 13146 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | rhernandez@wrightlegal.net |
| 6 | *Attorneys for Defendant, Select Portfolio Servicing, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY KASTER, | Case No.: 2:19-cv-02180-RFB-VCF |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (FIRST REQUEST)** |
| vs. | |
| SELECT PORTFOLIO SERVICING; INNOVIS DATA SOLUTIONS, INC.; AND FORD MOTOR CREDIT COMPANY LLC, | |
| Defendants. | |

Plaintiff, Danny Kaster ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On March 20, 2020, Plaintiff filed his Motion to Compel [ECF No. 27]. As such, SPS' deadline to respond to the Motion to Compel is April 3, 2020. The Parties have discussed extending the deadline for SPS to respond to Plaintiff's Motion to Compel by an additional week to allow SPS additional time to respond to the Motion to Compel.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file its response to Plaintiff's Motion to Compel to ~~March~~ April 10, 2020.

/./././

/./././

/././

/././

This is the first stipulation for extension of time for SPS to file its response to the Motion to Compel. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 2nd day of April, 2020.

| WRIGHT, FINLAY & ZAK, LLP | KNEPPER & CLARK LLC |
|---|---|
| */s/ Ramir M. Hernandez, Esq.* | */s/ Miles N. Clark, Esq.* |
| R. Samuel Ehlers, Esq. | Matthew I. Knepper, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 12796 |
| Ramir M. Hernandez, Esq. | Miles N. Clark, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 13848 |
| 7785 W. Sahara Ave., Suite 200 | Shaina R. Plaksin, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 13935 |
| *Attorneys for Defendant, Select Portfolio Servicing, Inc.* | 10040 W. Cheyenne Ave., Suite 170-109 |
| | Las Vegas, NV 89129 |
| | *Attorneys for Plaintiff, Mira Peebles* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-2-2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (FIRST REQUEST)** on the 2nd day of April, 2020, to all parties on the CM/ECF service list.

/s/ Jason Craig
An Employee of WRIGHT, FINLAY & ZAK, LLP