WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY KASTER, | Case No.: 2:19-cv-02180-RFB-VCF |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (SECOND REQUEST)** |
| vs. | |
| SELECT PORTFOLIO SERVICING; INNOVIS DATA SOLUTIONS, INC.; AND FORD MOTOR CREDIT COMPANY LLC, | |
| Defendants. | |

Plaintiff, Danny Kaster ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On March 20, 2020, Plaintiff filed his Motion to Compel [ECF No. 27]. As such, SPS' deadline to respond to the Motion to Compel was originally April 3, 2020. The parties then jointly moved the Court to extend the deadline to April 10, 2020 [ECF No. 29]. The Parties have discussed extending the deadline for SPS to respond to Plaintiff's Motion to Compel by an additional two weeks to allow SPS additional time to respond to the Motion to Compel.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file its response to Plaintiff's Motion to Compel to April 24, 2020.

/./././
/./././
/./././

This is the second stipulation for extension of time for SPS to file its response to the Motion to Compel. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 10th day of April, 2020.

| WRIGHT, FINLAY & ZAK, LLP | KNEPPER & CLARK LLC |
|---|---|
| */s/ Ramir M. Hernandez, Esq.* | */s/ Miles N. Clark, Esq.* |
| R. Samuel Ehlers, Esq. | Matthew I. Knepper, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 12796 |
| Ramir M. Hernandez, Esq. | Miles N. Clark, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 13848 |
| 7785 W. Sahara Ave., Suite 200 | Shaina R. Plaksin, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 13935 |
| *Attorneys for Defendant, Select Portfolio Servicing, Inc.* | 10040 W. Cheyenne Ave., Suite 170-109 |
| | Las Vegas, NV 89129 |
| | *Attorneys for Plaintiff, Danny Kaster* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-10-2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (SECOND REQUEST)** on the 10th day of April, 2020, to all parties on the CM/ECF service list.

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP